# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Desiree E. Rhymer aka Desiree E. Rhymer-Wood aka Desiree Elizabeth Rhymer aka Desiree Rhymer-Wood aka Desiree Elizabeth Rhymer-Wood aka Desiree E. Wood<br>Debtor(s) | BK NO. 18-04471 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
16 Jul 2021, 12:11:42, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322