# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Desiree E Rhymer

Case No.: 5-18-04471MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | M&T |
| Court Claim Number: | 14 |
| Last Four of Loan Number: | 4102 |
| Property Address if applicable: | 114 Reynolds Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $195.80 |
| b. | Prepetition arrearages paid by the trustee: | $195.80 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $174.83 |
| f. | Postpetition arrearage paid by the trustee: | $174.83 |
| g. | Total b, d, and f: | $370.63 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee05098MJC is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 25, 2023

                                                        Respectfully submitted,

                                                        /s/ Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA 17036
                                                        Phone: (717) 566-6097
                                                        Fax: (717) 566-8313
                                                        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Desiree E Rhymer

                                        Case No.: 5-18-04471MJC

                                        Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511

**Served by First Class Mail**
M&T Bank
PO Box 1288
Buffalo NY 14240-01288

Desiree E Rhymer
114 Reynolds Rd
Albrightsville PA 18210

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 25, 2023                    /s/  Liz Joyce
                                                  Office of the Standing Chapter 13 Trustee
                                                  Jack N. Zaharopoulos
                                                  Suite A, 8125 Adams Dr.
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  email: info@pamd13trustee.com

# Disbursements for Claim

Case: 18-04471    DESIREE E. RHYMER

**M & T BANK**  
P.O. BOX 1288  

BUFFALO, NY  14240-

Sequence: 24  
Modify:  
Filed Date:  
Hold Code: P

Acct No: #4102/ post arrears reynolds

03/19 1AP POST ARREARS REYNOLDS RD    REFUND/NO LONGER IN BK    04/21 AMENDED TO ZERO ARREARS

|  |  | Debt: | $650.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $174.83 | Balance Due: | $475.17 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **M & T BANK** | | | | | | | |
| 521-0 | M & T BANK | C | 03/22/2021 | 0 | ($36.93) | $0.00 | ($36.93) | |
|  |  |  |  |  |  | Cred Rfd Chk #: 16103 | | |
| 521-0 | M & T BANK | | 03/17/2021 | 9010370 | $174.83 | $0.00 | $174.83 | 03/17/2021 |
| 521-0 | M & T BANK | | 02/17/2021 | 9010072 | $36.93 | $0.00 | $36.93 | 02/17/2021 |
|  |  |  |  | Sub-totals: | $174.83 | $0.00 | $174.83 | |
|  |  |  |  | Grand Total: | $174.83 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-04471     **DESIREE E. RHYMER**

**M & T BANK**  
P.O. BOX 1288  

BUFFALO, NY   14240-

**Sequence:** 24  
**Modify:**  
**Filed Date:**  
**Hold Code:**

**Acct No:** 4102 pre arrears reynolds rd

1AP - ARREARS- 114 REYNOLDS ROAD

|  | Amt Sched: | $211,216.63 | Debt: | $195.80 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $195.80 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **0140** | **M & T BANK** | | | | | | | |
| 014-0 | M & T BANK | | 04/15/2021 | 9010658 | $132.01 | $0.00 | $132.01 | 05/13/2021 |
| 014-0 | M & T BANK | | 03/17/2021 | 9010370 | $63.79 | $0.00 | $63.79 | 03/17/2021 |
| | | | | Sub-totals: | $195.80 | $0.00 | $195.80 | |
| | | | | Grand Total: | $195.80 | $0.00 | | |