IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Desiree E. Rhymer aka Desiree E. Rhymer-Wood aka Desiree Elizabeth Rhymer aka Desiree Rhymer-Wood aka Desiree Elizabeth Rhymer-Wood aka Desiree E. Wood**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing LLC**<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>**Desiree E. Rhymer aka Desiree E. Rhymer-Wood aka Desiree Elizabeth Rhymer aka Desiree Rhymer-Wood aka Desiree Elizabeth Rhymer-Wood aka Desiree E. Wood**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　Trustee | BK NO. 18-04471 HWV<br><br>Chapter 13<br><br>Related to Claim No. 14 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 8, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Desiree E. Rhymer aka Desiree E. Rhymer-Wood
aka Desiree Elizabeth Rhymer aka Desiree
Rhymer-Wood aka Desiree Elizabeth Rhymer-
Wood aka Desiree E. Wood
114 Reynolds Road
Albrightsville, PA 18210

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 8, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com